EPP Print

# STATEMENT OF EARNINGS AND LEAVE

**FEDERAL BUREAU OF INVESTIGATION** — 11375 - 0000

FORM AD-334 USDA (REV. 10/97)

| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
|---|---|---|---|---|---|---|---|---|---|
|  | 02/08/2015  02/21/2015 | 03 | AV-11-0010-01-01 | 0010 | AV-02-37-3540 | 4017 | GS | 13 | 05 |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT |
|---|---|---|---|---|
| 106,661.00 | PA | F/T | 11/17/2002 | 6,403.22 |

## EARNINGS AND DEDUCTIONS

| CODE | ITEM DESCRIPTION | HOURS P/P | HOURS YR. TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|
| 01 | REGULAR TIME | 72.00 | 177.50 | 3679.92 | 9055.70 |
| 61 | ANNUAL LEAVE |  | 68.00 |  | 3475.48 |
| 62 | SICK LEAVE |  | 106.50 |  | 5390.18 |
| 66 | OTHER LEAVE | 8.00 | 48.00 | 408.88 | 2441.04 |
| ** ** | **** PAY PERIOD HOURS & GROSS PAY **** | 80.00 |  | 4088.80 | 20362.40 |
| 75 02 | RETIREMENT |  |  | 32.71 | 162.89 |
| 75 15 | TSP-FERS |  |  | 50.00 | 250.00 |
|  | *AMT BASED ON FIXED AMT |  |  |  |  |
| 76 | SOCIAL SECURITY (OASDI) |  |  | 233.66 | 1164.74 |
| 77 | FEDERAL TAX EXEMPTS M02 |  |  | 446.50 | 2218.18 |
|  | EXTRA FEDERAL TAX |  |  | 65.00 | 325.00 |
| 78 | ST TAX NY  EXEMPTS S00 |  |  | 210.03 | 1046.35 |
|  | EXTRA STATE TAX |  |  | 25.00 | 125.00 |
| 79 | CITY TAX  EXEMPTS M00 |  |  | 128.79 | 641.65 |
| 81 | FEGLI- COVERAGE $ $109,000 |  |  | 16.35 | 81.45 |
| 81 09 | LIFE INS-COVERAGE$ |  |  | 27.95 | 139.75 |
| 83 | FEHBA - ENROLL CODE  805 |  |  | 164.74 | 804.12 |
| 83 10 | DENTAL PLAN |  |  | 47.68 | 233.68 |
| 87 | UNION/ASSOCIATION DUES 19 0001 |  |  | 1.50 | 7.50 |
| 88 | CHKING/SAVING4940749223 |  |  | 320.00 | 1600.00 |
| 88 40 | TSP LOAN REPAY (FED) |  |  | 45.52 | 227.60 |
| 88 40 | TSP LOAN REPAY (FED) |  |  | 55.88 | 279.40 |
| 93 10 | FSA-DEPENDENT CARE |  |  | 76.92 | 384.60 |
| 93 11 | FSA - HEALTH CARE |  |  | 30.76 | 153.80 |
| 97 | MEDICARE TAX WITHHELD |  |  | 54.65 | 272.41 |
| ** ** | ********** TOTAL DEDUCTIONS ********** |  |  | 2033.64 | 10118.12 |
| ** ** | *************** NET PAY *************** |  |  | 2055.16 | 10244.28 |
| ** ** | DD/EFT ROUTING NO. 021000089 |  |  |  |  |

### BOND ACCOUNT

| AUTH NO | DENOM- INATION | DEDUC- TION | BALANCE AVAIL. | NO. ISSUED | ISSUE DATE |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 18 | 68.00 | 91.00 |  |  | 240.00 |
| SICK | 12 | 2.50 | 29 |  |  | LEAVE CATEG |
| COMP |  |  |  |  |  | 6 |

REMARKS

NAME AND ADDRESS

Official Pay Date    03/05/2015

LANCELOT A GAMBIS
6864 YELLSTONE BLVD
APT A10
FOREST HILLS, NY 11375-0000

EPP Print

| FEDERAL BUREAU OF INVESTIGATION | | | | | | | | 11375 - 0000 | | | FORM AD-334 USDA (REV. 10/97) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP | |
| | 02/22/2015  03/07/2015 | | 04 | AV-11-0010-01-01 | 0010 | AV-02-37-3540 | 4017 | GS | 13 | 05 | |
| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | | STATEMENT OF EARNINGS AND LEAVE | | | | | |
| 106,661.00 | PA | F/T | 11/17/2002 | 6,435.93 | | | | | | | |

### EARNINGS AND DEDUCTIONS

| CODE | | ITEM DESCRIPTION | HOURS P/P | YR. TO DATE | AMOUNT P/P | YR TO DATE |
|---|---|---|---|---|---|---|
| 01 | | REGULAR TIME | 73.50 | 251.00 | 3756.58 | 12812.28 |
| 61 | | ANNUAL LEAVE | .50 | 68.50 | 25.56 | 3501.04 |
| 62 | | SICK LEAVE | 2.00 | 108.50 | 102.22 | 5492.40 |
| 66 | | OTHER LEAVE | 4.00 | 52.00 | 204.44 | 2645.48 |
| ** | ** | **** PAY PERIOD HOURS & GROSS PAY **** | 80.00 | | 4088.80 | 24451.20 |
| 75 | 02 | RETIREMENT | | | 32.71 | 195.60 |
| 75 | 15 | TSP-FERS | | | 50.00 | 300.00 |
| | | *AMT BASED ON FIXED AMT | | | | |
| 76 | | SOCIAL SECURITY (OASDI) | | | 233.66 | 1398.40 |
| 77 | | FEDERAL TAX EXEMPTS M02 | | | 446.50 | 2664.68 |
| | | EXTRA FEDERAL TAX | | | 65.00 | 390.00 |
| 78 | | ST TAX NY  EXEMPTS S00 | | | 210.03 | 1256.38 |
| | | EXTRA STATE TAX | | | 25.00 | 150.00 |
| 79 | | CITY TAX   EXEMPTS M00 | | | 128.79 | 770.44 |
| 81 | | FEGLI- COVERAGE $  $109,000 | | | 16.35 | 97.80 |
| 81 | 09 | LIFE INS-COVERAGE$ | | | 27.95 | 167.70 |
| 83 | | FEHBA - ENROLL CODE  805 | | | 164.74 | 968.86 |
| 83 | 10 | DENTAL PLAN | | | 47.68 | 281.36 |
| 87 | | UNION/ASSOCIATION DUES 19 0001 | | | 1.50 | 9.00 |
| 88 | | CHKING/SAVING4940749223 | | | 320.00 | 1920.00 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 45.52 | 273.12 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 55.88 | 335.28 |
| 93 | 10 | FSA-DEPENDENT CARE | | | 76.92 | 461.52 |
| 93 | 11 | FSA - HEALTH CARE | | | 30.76 | 184.56 |
| 97 | | MEDICARE TAX WITHHELD | | | 54.65 | 327.06 |
| ** | ** | ********** TOTAL DEDUCTIONS ********** | | | 2033.64 | 12151.76 |
| ** | ** | *************** NET PAY *************** | | | 2055.16 | 12299.44 |
| ** | ** | DD/EFT ROUTING NO. 021000089 | | | | |

### BOND ACCOUNT

| AUTH NO | DENOM-INATION | DEDUC-TION | BALANCE AVAIL. | NO. ISSUED | ISSUE DATE |
|---|---|---|---|---|---|
| | | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 24 | 68.50 | 96.50 | | | 240 00 |
| SICK | 16 | 4.50 | 31 | | | LEAVE CATEG |
| COMP | | | | | | 6 |
| | | | | | | REMARKS |

NAME AND ADDRESS

Official Pay Date    03/19/2015

LANCELOT A GAMBIS
6864 YELLSTONE BLVD
APT A10
FOREST HILLS, NY 11375-0000

EPP Print

| FEDERAL BUREAU OF INVESTIGATION | | | | | | | | 11375 - 0000 | | | FORM AD-334 USDA (REV. 10/97) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP | |
|  | 01/25/2015 | 02/07/2015 | 02 | AV-11-0010-01-01 | 0010 | AV-02-37-3540 | 4017 | GS | 13 | 05 | |
| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | STATEMENT OF EARNINGS AND LEAVE | | | | | | |
| 106,661.00 | PA | F/T | 11/17/2002 | 6,370.51 | | | | | | | |

### EARNINGS AND DEDUCTIONS

| CODE | ITEM DESCRIPTION | HOURS P/P | YR. TO DATE | AMOUNT P/P | YR TO DATE |
|---|---|---|---|---|---|
| 01 | REGULAR TIME | 69.50 | 105.50 | 3552.14 | 5375.78 |
| 61 | ANNUAL LEAVE | | 68.00 | | 3475.48 |
| 62 | SICK LEAVE | 2.50 | 106.50 | 127.78 | 5390.18 |
| 66 | OTHER LEAVE | 8.00 | 40.00 | 408.88 | 2032.16 |
| ** ** | **** PAY PERIOD HOURS & GROSS PAY **** | 80.00 | | 4088.80 | 16273.60 |
| 75 02 | RETIREMENT | | | 32.71 | 130.18 |
| 75 15 | TSP-FERS *AMT BASED ON FIXED AMT | | | 50.00 | 200.00 |
| 76 | SOCIAL SECURITY (OASDI) | | | 233.66 | 931.08 |
| 77 | FEDERAL TAX EXEMPTS M02 | | | 446.50 | 1771.68 |
|  | EXTRA FEDERAL TAX | | | 65.00 | 260.00 |
| 78 | ST TAX NY EXEMPTS S00 | | | 210.03 | 836.32 |
|  | EXTRA STATE TAX | | | 25.00 | 100.00 |
| 79 | CITY TAX EXEMPTS M00 | | | 128.79 | 512.86 |
| 81 | FEGLI- COVERAGE $ $109,000 | | | 16.35 | 65.10 |
| 81 09 | LIFE INS-COVERAGE$ | | | 27.95 | 111.80 |
| 83 | FEHBA - ENROLL CODE 805 | | | 164.74 | 639.38 |
| 83 10 | DENTAL PLAN | | | 47.68 | 186.00 |
| 87 | UNION/ASSOCIATION DUES 19 0001 | | | 1.50 | 6.00 |
| 88 | CHKING/SAVING4940749223 | | | 320.00 | 1280.00 |
| 88 40 | TSP LOAN REPAY (FED) | | | 45.52 | 182.08 |
| 88 40 | TSP LOAN REPAY (FED) | | | 55.88 | 223.52 |
| 93 10 | FSA-DEPENDENT CARE | | | 76.92 | 307.68 |
| 93 11 | FSA - HEALTH CARE | | | 30.76 | 123.04 |
| 97 | MEDICARE TAX WITHHELD | | | 54.65 | 217.76 |
| ** ** | ********** TOTAL DEDUCTIONS ********** | | | 2033.64 | 8084.48 |
| ** ** | ************* NET PAY ************* | | | 2055.16 | 8189.12 |
| ** ** | DD/EFT ROUTING NO. 021000089 | | | | |

| BOND ACCOUNT | | | | | | YEAR TO DATE LEAVE STATUS | | | | | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH NO | DENOM- INATION | DEDUC- TION | BALANCE AVAIL. | NO. ISSUED | ISSUE DATE | TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | | |
| | | | | | | ANN | 12 | 68.00 | 85.00 | | | 240 00 |
| | | | | | | SICK | 8 | 2.50 | 25 | | | LEAVE CATEG |
| | | | | | | COMP | | | | | | 6 |
| | | | | | | | | | | | | REMARKS |

NAME AND ADDRESS

Official Pay Date    02/19/2015

LANCELOT A GAMBIS
6864 YELLSTONE BLVD
APT A10
FOREST HILLS, NY 11375-0000

EPP Print

| FEDERAL BUREAU OF INVESTIGATION | | | | | | | | | | 11375 - 0000 | | | FORM AD-334 USDA (REV. 10/97) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | | P/P | T&A CONTACT POINT | | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP | | |
|  | 01/11/2015 | 01/24/2015 | 01 | AV-11-0010-01-01 | | 0010 | AV-02-37-3540 | 4017 | GS | 13 | 05 | | |
| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | | STATEMENT OF EARNINGS AND LEAVE | | | | | | | |
| 106,661.00 | PA | F/T | 11/17/2002 | 6,337.80 | | | | | | | | | |

### EARNINGS AND DEDUCTIONS

| CODE | | ITEM DESCRIPTION | HOURS P/P | YR. TO DATE | AMOUNT P/P | YR TO DATE |
|---|---|---|---|---|---|---|
| 01 | | REGULAR TIME | 4.00 | 36.00 | 204.44 | 1823.64 |
| 61 | | ANNUAL LEAVE | 68.00 | 68.00 | 3475.48 | 3475.48 |
| 62 | | SICK LEAVE | | 104.00 | | 5262.40 |
| 66 | | OTHER LEAVE | 8.00 | 32.00 | 408.88 | 1623.28 |
| ** | ** | **** PAY PERIOD HOURS & GROSS PAY **** | 80.00 | | 4088.80 | 12184.80 |
| 75 | 02 | RETIREMENT | | | 32.71 | 97.47 |
| 75 | 15 | TSP-FERS *AMT BASED ON FIXED AMT | | | 50.00 | 150.00 |
| 76 | | SOCIAL SECURITY (OASDI) | | | 233.66 | 697.42 |
| 77 | | FEDERAL TAX EXEMPTS M02 EXTRA FEDERAL TAX | | | 446.50 65.00 | 1325.18 195.00 |
| 78 | | ST TAX NY  EXEMPTS S00 EXTRA STATE TAX | | | 210.03 25.00 | 626.29 75.00 |
| 79 | | CITY TAX  EXEMPTS M00 | | | 128.79 | 384.07 |
| 81 | | FEGLI- COVERAGE $ $109,000 | | | 16.35 | 48.75 |
| 81 | 09 | LIFE INS-COVERAGE$ | | | 27.95 | 83.85 |
| 83 | | FEHBA - ENROLL CODE 805 | | | 164.74 | 474.64 |
| 83 | 10 | DENTAL PLAN | | | 47.68 | 138.32 |
| 87 | | UNION/ASSOCIATION DUES 19 0001 | | | 1.50 | 4.50 |
| 88 | | CHKING/SAVING4940749223 | | | 320.00 | 960.00 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 45.52 | 136.56 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 55.88 | 167.64 |
| 93 | 10 | FSA-DEPENDENT CARE | | | 76.92 | 230.76 |
| 93 | 11 | FSA - HEALTH CARE | | | 30.76 | 92.28 |
| 97 | | MEDICARE TAX WITHHELD | | | 54.65 | 163.11 |
| ** | ** | ********** TOTAL DEDUCTIONS ********** | | | 2033.64 | 6050.84 |
| ** | ** | *************** NET PAY *************** | | | 2055.16 | 6133.96 |
| ** | ** | DD/EFT ROUTING NO. 021000089 | | | | |

| BOND ACCOUNT | | | | | | YEAR TO DATE LEAVE STATUS | | | | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH NO | DENOM- INATION | DEDUC- TION | BALANCE AVAIL. | NO. ISSUED | ISSUE DATE | TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | |
| | | | | | | ANN | 6 | 68.00 | 79.00 | | 240 00 |
| | | | | | | SICK | 4 | | 23.50 | | LEAVE CATEG |
| | | | | | | COMP | | | | | 6 |
| | | | | | | | | | | | REMARKS |

SAL CHNG-$105606.00PA TO$106661.00

Official Pay Date    02/05/2015

LANCELOT A GAMBIS
6864 YELLSTONE BLVD
APT A10
FOREST HILLS, NY 11375-0000

EPP Print

## FEDERAL BUREAU OF INVESTIGATION

FORM AD-334 USDA (REV. 10/97)

11375 - 0000

| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
|---|---|---|---|---|---|---|---|---|---|
|  | 12/28/2014  01/10/2015 | 26 | AV-11-0010-01-01 | 0010 | AV-02-37-3540 | 4017 | GS | 13 | 05 |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT |
|---|---|---|---|---|
| 105,606.00 | PA | F/T | 11/17/2002 | 6,305.09 |

### STATEMENT OF EARNINGS AND LEAVE

#### EARNINGS AND DEDUCTIONS

| CODE | | ITEM DESCRIPTION | HOURS P/P | YR. TO DATE | AMOUNT P/P | YR TO DATE |
|---|---|---|---|---|---|---|
| 01 | | REGULAR TIME | | 32.00 | | 1619.20 |
| 62 | | SICK LEAVE | 72.00 | 104.00 | 3643.20 | 5262.40 |
| 66 | | OTHER LEAVE | 8.00 | 24.00 | 404.80 | 1214.40 |
| ** | ** | **** PAY PERIOD HOURS & GROSS PAY **** | 80.00 | | 4048.00 | 8096.00 |
| 75 | 02 | RETIREMENT | | | 32.38 | 64.76 |
| 75 | 15 | TSP-FERS | | | 50.00 | 100.00 |
| | | *AMT BASED ON FIXED AMT | | | | |
| 76 | | SOCIAL SECURITY (OASDI) | | | 231.88 | 463.76 |
| 77 | | FEDERAL TAX EXEMPTS M02 | | | 439.34 | 878.68 |
| | | EXTRA FEDERAL TAX | | | 65.00 | 130.00 |
| 78 | | ST TAX NY  EXEMPTS S00 | | | 208.13 | 416.26 |
| | | EXTRA STATE TAX | | | 25.00 | 50.00 |
| 79 | | CITY TAX  EXEMPTS M00 | | | 127.64 | 255.28 |
| 81 | | FEGLI- COVERAGE $  $108,000 | | | 16.20 | 32.40 |
| 81 | 09 | LIFE INS-COVERAGE$ | | | 27.95 | 55.90 |
| 83 | | FEHBA - ENROLL CODE  805 | | | 154.95 | 309.90 |
| 83 | 10 | DENTAL PLAN | | | 45.32 | 90.64 |
| 87 | | UNION/ASSOCIATION DUES 19 0001 | | | 1.50 | 3.00 |
| 88 | | CHKING/SAVING4940749223 | | | 320.00 | 640.00 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 45.52 | 91.04 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 55.88 | 111.76 |
| 93 | 10 | FSA-DEPENDENT CARE | | | 76.92 | 153.84 |
| 93 | 11 | FSA - HEALTH CARE | | | 30.76 | 61.52 |
| 97 | | MEDICARE TAX WITHHELD | | | 54.23 | 108.46 |
| ** | ** | ********** TOTAL DEDUCTIONS ********** | | | 2008.60 | 4017.20 |
| ** | ** | *************** NET PAY *************** | | | 2039.40 | 4078.80 |
| ** | ** | DD/EFT ROUTING NO. 021000089 | | | | |

### BOND ACCOUNT

| AUTH NO | DENOM-INATION | DEDUC-TION | BALANCE AVAIL. | NO. ISSUED | ISSUE DATE |
|---|---|---|---|---|---|
| | | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 160 | 54.00 | 141.00 | | | 240 00 |
| SICK | 104 | 277.50 | 19.50 | | | LEAVE CATEG |
| COMP | | | | | | 6 |

REMARKS

IF YOU RECEIVED A PAYMENT IN 2014 FOR RITA, MOVING EXPENSES &/OR TAXABLE EXTENDED TEMP DUTY(TDY), YOU SHOULD RECEIVE A SEPARATE W-2 STATEMENT POSTMARKED NO LATER THAN 1/31/15. IF YOU HAVE NOT RECEIVED YOUR W-2 BY 2/28/15, CONTACT YOUR AGENCY'S ACCTG OR BUSINESS OFFICE THAT PROCESSED YOUR PAYMENT.

Official Pay Date    01/22/2015

NAME AND ADDRESS

LANCELOT A GAMBIS
6864 YELLSTONE BLVD
APT A10
FOREST HILLS, NY 11375-0000